UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH D'AGOSTIN ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> ) <br> FITNESS INTERNATIONAL LLC ) <br> D/B/A L.A. FITNESS ) <br> *Defendant* ) <br> ) | CIVIL ACTION NO.: <br><br><br><br><br> November 3, 2020 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Fitness International, LLC d/b/a L.A. Fitness ("Defendant") hereby gives notice of the removal of this action, which is currently pending in the Judicial District of Stamford at Norwalk, captioned *Joseph D'Agostin v. Fitness International, LLC d/b/a L.A. Fitness*, Civil Docket No. FST-CV-20-6048103-S, to the United States District Court for the District of Connecticut. As grounds for removal, Defendant states as follows:

1. Defendant removes this case on the basis of diversity jurisdiction, on the grounds that there is complete diversity of citizenship among the parties to this litigation and the amount in controversy exceeds $75,000 exclusive of interest and costs. *See* 28 U.S.C. § 1332(a)(1) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.").

## BACKGROUND

2. Plaintiff Joseph D'Agostin ("Plaintiff") filed his complaint against Defendant ("Complaint") in the Judicial District of Stamford with a return date of September 29,

2020. A copy of the Summons and Complaint in the State court action is attached hereto as **Exhibit A**.

3. In his Complaint, Plaintiff alleges that on November 3, 2018, he was in the men's locker room when he fell on a wet tile floor. *See* **Exhibit** A, Complaint, ¶ 3. Plaintiff further alleges that he sustained injuries as a result of the fall. *Id*. Plaintiff asserts a claim of negligence against the Defendant. *See generally id*.

## TIMELINESS OF REMOVAL

4. Defendant was served with Plaintiff's Complaint on or about August 14, 2020. *See* **Exhibit B**.

5. On or about October 13, 2020, Defendant's received a copy of Plaintiff's Reply to the Defendant's Objection to Plaintiff's Motion For Expanded Discovery, which states that Plaintiff's medical bills to date total $230,385.03. *See* **Exhibit C**. This was the first time the Defendant learned that the amount in controversy was greater than $75,000. *See* **Exhibit D:** Affidavit of Kevin J. O'Leary.

6. This Notice of Removal is timely because it is filed within 30 days from first receiving information regarding Plaintiff's amount in controversy. *See* 28 U.S.C. §§ 1441(e), 1446(b)(3).

## DIVERSITY OF CITIZENSHIP

7. Complete diversity of citizenship exists in this matter because Defendant is a citizen of a different State from Plaintiff. *See* 28 U.S.C. § 1332(a).

8. Plaintiff is a citizen of Connecticut. *See* **Exhibit A** and **Exhibit D**.

9. At the time of the filing of the Complaint, Defendant was, and currently is, a limited liability company formed under the laws of California with its principal place of

business located at 3161 Michelson Drive, Suite 600, Irvine, California. *See* Affidavit of Robert A. Wilson, attached hereto as **Exhibit E**. Defendant has three members: two limited liability companies ("Member LLCs") and one limited partnership ("Member Partnership"). *Id*. None of the members of the Member LLCs are citizens of Connecticut. *Id*. Likewise, none of the partners of the Member Partnership are citizens of Connecticut. *Id*. All of the individual members and partners are U.S. Citizens. *Id*.   For the purposes of removal, Defendant is not a citizen of Connecticut.

10. There is complete diversity between Plaintiff and Defendant in this action. *See* 28 U.S.C. § 1332(a)(1).

## AMOUNT IN CONTROVERSY

11. Based on Plaintiff's allegations, the amount in controversy in this case exceeds the jurisdictional minimum of $75,000 required for diversity jurisdiction pursuant to 28 U.S.C. § 1332.

12. In his Complaint, Plaintiff alleges that, as a result of the incident on November 3, 2018, he sustained various injuries, including: "pain in his right leg, hip, and his hip replacement done previously did in fact have to be replaced." *See* Complaint, ¶ 9.

13. Plaintiff alleges in his Statement of Amount in Demand that monetary damages are in excess of $15,000. *Id*. at p. 6.

14. On or about October 13, 2020, Defendant received a copy of Plaintiff's Reply to the Defendant's Objection to Plaintiff's Motion For Expanded Discovery, which states that Plaintiff's medical bills to date total $230,385.03. *See* **Exhibit C**.

## ALL PROCEDURAL PREREQUISITES TO REMOVAL HAVE BEEN MET

15. Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), Defendant is filing this Notice of

Removal in the federal district court for the district within which the State court complaint was filed.

16. Pursuant to 28 U.S.C. § 1446(a), Defendant attaches all process, pleadings, and orders that have been filed, served, or received by Defendant in this action as **Exhibit A**.

17. Pursuant to 28 U.S.C. § 1391, venue is proper in the United States District Court for the District of Connecticut, as the Complaint in this action was filed in the Judicial District of Stamford.

18. Defendant has given written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Judicial District of Stamford, as required by 28 U.S.C. § 1446(d).

19. In removing this action, Defendant does not intend to waive any rights or defenses to which it is otherwise entitled under the Federal Rules of Civil Procedure.

20. Based upon the record submitted with this notice, this Court has jurisdiction over Plaintiff's claims and the Complaint is properly removed to this Court.

WHEREFORE, Defendant Fitness International, LLC d/b/a L.A. Fitness respectfully requests that this action proceed in the United States District Court for the District of Connecticut, as an action properly removed from state court.

Respectfully submitted,
Defendant,
FITNESS INTERNATIONAL, LLC
D/B/A L.A. FITNESS
By its attorneys,

/s/  Kevin J. O'Leary
_____
Kevin J. O'Leary, Juris No. 437692
Emily A. Chadbourne, Juris No. 437149
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
koleary@coughlinbetke.com
echadbourne@coughlinbetke.com

## CERTIFICATE OF SERVICE

      I, Kevin J. O'Leary, certify that a copy of this document was or will immediately be mailed or delivered electronically on November 3, 2020 to all attorneys and self-represented parties of record:

*Plaintiff Joseph D'Agostin*
Frank J. McCoy, Jr., Esq.
McCoy & McCoy, LLC
20 Church Street, 17th Flr
Hartford, CT 06103
efile@mccoymccoy.com

                                      /s/ Kevin J. O'Leary
                                      _____
                                      Kevin J. O'Leary, Esq. (ct30271)