**SUMMONS - CIVIL**
JD-CV-1   Rev. 11-19
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 123 Hoyt Street, Stamford, CT 06905 | ( 203 ) 965 – 5308 | 09/29/2020 |

| ☒ Judicial District | G.A. | At *(City/Town)* | Case type code *(See list on page 2)* | |
|---|---|---|---|---|
| ☐ Housing Session | ☐ Number: | Norwalk | Major: **T** | Minor: **12** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| McCoy & McCoy, LLC, 20 Church Street, 17th Floor, Hartford, CT 06103 | 423944 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 860 ) 244 – 9100 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* efile@mccoymccoy.com |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name:  D'Agostin, Joseph<br>Address: 18 Richmond Hill Road, Norwalk, CT 06854 | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name:  Fitness International LLC d/b/a/ L.A. Fitness, 3161 Michelson Drive Suite 600, Irvine, CA 92612<br>Address: CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108 | D-01 |
| **Additional defendant** | Name:<br>Address: | D-02 |
| **Additional defendant** | Name:<br>Address: | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.

2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.

3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.

4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.

5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 08/14/2020 | | ☐ _____ Clerk | Frank J. McCoy, Jr. |

| If this summons is signed by a Clerk: | | For Court Use Only |
|---|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.<br>c. The court staff is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | File Date | |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| RETURN DATE: September 29, 2020 | : | SUPERIOR COURT |
| | : | |
| Joseph D'Agostin | : | JUDICIAL DISTRICT OF |
| | : | |
| V. | : | STAMFORD/NORWALK |
| | : | |
| Fitness International LLC d/b/a L.A. Fitness | : | Friday, August 14, 2020 |
| | : | |
| | : | |

McCOY & McCOY, L.L.C. • ATTORNEYS AT LAW
(860) 244-9100 • JURIS NO. 423944

## **COMPLAINT**

## **FIRST COUNT: JOSEPH D'AGOSTIN V. FITNESS INTERNATIONAL LLC D/B/A L.A. FITNESS**

1. The plaintiff is and/or was resident of Norwalk, CT at all times alleged in this complaint.

2. On or about November 3, 2018 and for a long time prior thereto, the Defendant, Fitness International LLC, d/b/a "L.A. Fitness", a lawful corporation existing under the laws of the State of Connecticut and located in Irvine, California and owned, controlled, possessed, managed and/or maintained the premises located at 761 Main Street, Norwalk, Connecticut and known as L.A. Fitness.

3. On or about November 3, 2018, the Plaintiff, Joseph D'Agostin, was lawfully on the premises in control of by the Defendant, and was in the men's locker room when he was caused to fall by the dangerous and defective condition there existing, a wet tile floor , and to suffer the serious injuries, losses and damages, hereinafter set forth.

4. The area upon which the Plaintiff fell was used by all of the customers and business invitees of the Defendant, and said men's locker room was under the care, custody and control of the Defendant at the time of the fall, and had been for a long period of time prior thereto, in a dangerous, and defective condition.

5. The Defendant and/or its servants, agents, or employees, Fitness International LLC, were negligent and careless in one or more of the following respects:

1

a.  In that the Defendant failed to properly maintain said men's locker room and adjacent areas by closing access to the area in question;

b.  In that the Defendant failed to properly inspect said men's locker room and adjacent areas;

c.  In that the Defendant allowed the tile floor in said locker room to remain wet so as to create an unsafe condition;

d.  In that the Defendant allowed the tile floor in said locker room to remain wet without painting or otherwise warning and/or highlighting the area of the wet tile floor so as to alert person(s) that the tile floor was wet, so as to create an unreasonable and/or unsafe condition;

e.  In that the Defendant knew or should have known that said locker room was in a defective and dangerous condition, yet they failed to correct said condition;

f.  In that the Defendant failed to provide any warnings or to properly mark the entrance walkway and adjacent area where the dangerous and defective condition existed;

g.  In that the Defendant failed to properly mark the entrance of the locker room so as to warn and alert the public of that the floor was wet;

h.  In that the Defendant failed to properly erect a safeguard around the wet tile floor so that a person would not be able to continue over the wet tile floor;

i.  In that the Defendant failed to provide adequate illumination so that a customer such as the Plaintiff would be able to observe the dangerous and defective conditions of the locker room;

j.  In that the Defendant allowed water to accumulate without taking reasonable actions to remedy the dangerous condition;

k.  In that the Defendant allowed water to accumulate without warning and/or highlighting the area of the locker room floor so as to alert person(s) that there was water on the floor, so as to create an unreasonable and/or unsafe condition;

l.  In that the water had been upon the floor of said premises for an unreasonable period of time rendering said premises in a defective and dangerous condition;

m.  In that the Defendant, its agents, servants and/or employees, created the danger by allowing the nearby sauna, pool, showers, and/or restrooms to accumulate, discharge, and/or collect water on the tile floor, creating an unreasonable danger for customers such as the Plaintiff;

n.  In that the Defendant, its agents, servants and/or employees knew, or in the exercise of reasonable care and inspection, should have known of these conditions and should have taken reasonable measures to remedy and correct them, but failed to do so;

o.  In that the Defendant, its agents, servants and/or employees knew, or in the exercise of reasonable care and inspection, should have known of these conditions and should have warned the Plaintiff accordingly thereof but failed to do so;

p.  In that the Defendant, its agents, servants and/or employees, had failed to treat the tile floor with non-skid or non-slip implements and other appropriate measures causing said floor to become extremely slick and slippery;

q.  In that the Defendant failed to properly design the area in a reasonably safe manner;

r.  In that the Defendant failed to keep the area in a reasonably safe condition;

s.  In that the Defendant failed to establish and/or implement proper procedures to ensure the safety of the premises;

t.  In that the Defendant created the dangerous and defective condition;

u.  In that the Defendant created the dangerous and defective condition by its mode of operation;

v.  In that the premise were in violation of local, state, and federal regulations, codes and/or statutes

McCOY & McCOY, L.L.C. • ATTORNEYS AT LAW
(860) 244-9100 • JURIS NO. 423944

w.  At all times mentioned herein, the condition causing the injury is the type of condition that would not in the ordinary course of events, result in injury unless from careless inspection or maintenance.

x. At all times mentioned herein, the Defendant and its agents, servants and employees were in control of said place and condition.

y. The injuries as described herein were not due or attributable to any voluntary act on the part of the Plaintiff.

z. The Defendant, and its agents, servants, or employees knew, or had it exercised due care or proper diligence, should have known of the aforesaid conditions.

6. The injuries, losses and damages suffered by the Plaintiff, Joseph D'Agostin, were caused by the negligence and carelessness of the Defendant and/or its servants, agents or employees.

7. The Defendant knew, or should have known, of the aforesaid conditions had the Defendant exercised due care or proper diligence.

8. The Plaintiff, Joseph D'Agostin, as a result of the accident was caused to suffered from pain, and injuries to his right leg, hip, and hip replacement done previously which had to be replaced, all of which were caused by the accident and/or were the result of an aggravation of a pre-existing condition which made the plaintiff more susceptible to injury.

9. The Plaintiff, Joseph D'Agostin, did in fact experience pain in his right leg, hip, and his hip replacement done previously did in fact have to be replaced.

10. As a further result of the negligence and carelessness of the Defendant, as aforesaid, the Plaintiff Joseph D'Agostin, has incurred expenses for medical care and attention, including medications and transportation to and from places of treatment and will be obliged in the future to expend further sums for such purposes; the Plaintiff has endured and will continue to endure emotional and physical pain and suffering; the Plaintiff's injuries are or may be permanent and he will or may never be able to get about as a well person, but will be restricted in his life's activities. As a further result of this accident, the Plaintiff may have an increased risk of future medical problems and exacerbations and the fear of the same.

3

11. As a further result of these injuries, the Plaintiff, Joseph D'Agostin, was unable to work for a period of time to his loss and has suffered a loss of earning capacity and future earning capacity.

WHEREFORE, the plaintiff claims:

    1. Money damages;
    2. Such other and further relief which the Court deems fair and equitable.


                       PLAINTIFF,
                       Joseph D'Agostin


                       BY: _____
                       Frank J. McCoy
                       McCoy & McCoy LLC
                       20 Church Street
                       17th Floor, Suite 1720
                       Hartford, CT 06103
                       Ind Juris No.403418
                       Juris No. 423944
                       Tele. No. (860) 244-9100
                       Fax No.   (860) 244-9200

RETURN DATE: September 29, 2020      :   SUPERIOR COURT

                                   :

Joseph D'Agostin                 :   JUDICIAL DISTRICT OF

                                   :

V.                               :   STAMFORD/NORWALK

                                   :

Fitness International LLC d/b/a L.A. Fitness   :   Friday, August 14, 2020

                                   :

                                   :

## **DEMAND FOR RELIEF**

The amount in demand is Fifteen Thousand Dollars or more, exclusive of costs and interest.

                                 PLAINTIFF,
                                 Joseph D'Agostin

                                 BY: _____
                                 Frank J. McCoy
                                 McCoy & McCoy LLC

McCOY & McCOY, LLC. • ATTORNEYS AT LAW
(860) 244-9100 • JURIS NO. 423944