UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH D'AGOSTIN<br>    *Plaintiff* | )<br>)<br>) | |
| v. | )<br>)<br>) | CIVIL ACTION NO.: |
| FITNESS INTERNATIONAL LLC<br>D/B/A L.A. FITNESS<br>    *Defendant* | )<br>)<br>)<br>)<br>) | November 3, 2020 |

**DEFENDANT FITNESS INTERNATIONAL, LLC D/B/A L.A. FITNESS'S**
**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Fitness International, LLC d/b/a L.A. Fitness ("Defendant") states that it is a foreign limited liability company organized under the laws of California and with its principal place of business located at 3161 Michelson Drive, Ste 600 in Irvine, California. No publicly trading company owns 10% or more of Defendant's stock.

                                                Respectfully submitted by,
                                                Defendant
                                                DOLLAR TREE DISTRIBUTION, INC.
                                                By its attorneys,

                                                /s/ Kevin J. O'Leary.
                                                _____
                                                Kevin J. O'Leary, ct30271
                                                Lesley P. Chuang, ct29468
                                                COUGHLIN BETKE LLP
                                                175 Federal Street
                                                Boston, MA 02110
                                                (617) 988-8050
                                                koleary@coughlinbetke.com
                                                lchuang@coughlinbetke.com

## **CERTIFICATE OF SERVICE**

, Kevin J. O'Leary, certify that a copy of this document was or will immediately be mailed or delivered electronically on November 3, 2020 to all attorneys and self-represented parties of record:

*Plaintiff Joseph D'Agostin*
Frank J. McCoy, Jr., Esq.
McCoy & McCoy, LLC
20 Church Street, 17th Flr
Hartford, CT 06103
efile@mccoymccoy.com

/s/ Kevin J. O'Leary
_____
Kevin J. O'Leary, Esq. (ct30271)