UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH D'AGOSTIN ) <br>       *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> ) <br> FITNESS INTERNATIONAL LLC ) <br> D/B/A L.A. FITNESS ) <br>       *Defendant* ) <br> ) | CIVIL ACTION NO.: <br> 3:20-cv-01657-KAD <br><br><br> February 12, 2021 |

**MOTION TO QUASH PLAINTIFF'S NOTICE OF DEPOSITION
OF CORPORATE DESIGNEE**

      Defendant Fitness International, LLC d/b/a L.A. Fitness ("L.A. Fitness") and hereby moves to quash Plaintiff's notice of deposition for the Person Most Knowledgeable at L.A. Fitness. As grounds, L.A. Fitness states that both the listed topics and the requested documents requested are wildly disproportionate to and outside the scope of discovery pursuant to Federal Rule of Civil Procedure 26(b)(1). Further, this subpoena creates an undue burden and a significant cost to the Defendant. In addition, in seeking 49 categories of documents, Plaintiff ignores the agreed upon limit of documents requests set forth in the Rule 26(f) Report, adopted by this Court. As such, the portion of the subpoena requesting additional documents requests should be struck. Finally, to the extent the subpoena requests persons most knowledgeable to testify on designated topics, this notice misquotes the federal standard for 30(b)(6) deponents. The Defendant, under this rule, is merely required to provide a deponent to testify as to information "known or reasonably available" to the corporation.  The Notice of Deposition therefore, should be quashed.

      In further support of this motion, L.A. Fitness relies upon and incorporates herein its Memorandum of Law, as well as the affidavits of Robert A. Wilson and Benjamin Levites, Esq.

WHEREFORE, for the reasons set forth above, L.A. Fitness respectfully requests that this Court GRANT its motion and QUASH Plaintiff's notice of deposition of L.A. Fitness's corporate designee.

    Respectfully submitted,
Defendant,
FITNESS INTERNATIONAL, LLC
D/B/A L.A. FITNESS
By its attorneys

_/s/ Ben Levites_
Kevin J. O'Leary, ct30271
Benjamin H. Levites, ct30481
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
koleary@coughlinbetke.com
blevites@coughlinbetke.com

## RULE 26(C)(1) CERTIFICATION

Defense counsel hereby certifies that Coughlin Betke, LLP has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action. The Defendant further refers to and incorporates the Affidavit of Benjamin Levites, Esq. under Local Rule 37 filed herewith.

_/s/ Ben Levites_
Benjamin Levites (ct30481)

## CERTIFICATE OF SERVICE

I, Benjamin Levites, certify that a copy of this document was or will immediately be mailed or delivered electronically on February 12, 2021 to all attorneys and self-represented parties of record:

Frank J. McCoy, Jr., Esq.
McCoy & McCoy, LLC
20 Church Street, 17th Flr.
Hartford, CT 06103
efile@mccoymccoy.com
frank@mccoymccoy.com

_/s/ Ben Levites_
Benjamin H. Levites (ct30481)