**EXHIBIT C**

**From:** **Benjamin Levites** blevites@coughlinbetke.com 📎 
**Subject:** RE: Joseph D'Agostin v Fitness International LLC
**Date:** December 7, 2020 at 2:43 PM
**To:** Taylor DePascale  Taylor@mccoymccoy.com
**Cc:** Kate Salvaggio  Kate@mccoymccoy.com,  Kevin O'Leary  koleary@coughlinbetke.com,  Emily Chadbourne
echadbourne@coughlinbetke.com

Dear Taylor,

Under Federal Rule of Civil Procedure 26(d)(1) neither party may serve discovery before the parties have conferred as required by Federal and Local Rule of Civil Procedure 26(f), absent stipulation or court order.

Accordingly, Fitness International LLC withdraws its October 6, 2020 discovery requests and will send out new requests complying with the Federal and Local Rules of Civil Procedure.

While Interrogatories cannot be served before the Rule 26(f) conference, Fitness International LLC is amenable to deeming the plaintiff's September 3, 2020 Requests for Production as Early Rule 34 Requests under Federal Rule of Civil Procedure 26(d)(2), in which case its response would be due 30 days after the parties' Rule 26(f) conference.

Further, in view of the foregoing, please advise of Attorney McCoy's availability for a Rule 26(f) conference this month. Thank you.

Kind regards,
Ben


# BENJAMIN H. LEVITES
## ASSOCIATE
*Admitted in CT and NY
**212-653-0380**
blevites@coughlinbetke.com

## COUGHLIN∘BETKE LLP
Massachusetts | Connecticut | New Hampshire | New York | Rhode Island
**Main Office**
**175 Federal Street  |  Boston, MA 02110**
**T. (617) 988-8050  |  F. (617) 988-8005**

 

**Confidential Transmission**
The information contained in this electronic mail is intended for the named recipients only.  It may contain privileged and confidential material.  Any other distribution, copying or disclosure is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone and delete the original transmission without making a copy.

**From:** Taylor DePascale <Taylor@mccoymccoy.com>

**Sent:** Thursday, November 5, 2020 9:11 AM
**To:** Kevin O'Leary <koleary@coughlinbetke.com>; Emily Chadbourne
<echadbourne@coughlinbetke.com>
**Cc:** Kate Salvaggio <Kate@mccoymccoy.com>
**Subject:** Joseph D'Agostin v Fitness International LLC

Good Morning Counsel,

Prior to the above captioned case being moved to federal court, we served standard CT D&P on
your client on 9/3/20. We are also in receipt of your requests for same dated 10/6/20. I'm
emailing to confirm if you are amenable to proceeding with discovery as served?

Best,

# Taylor DePascale

**Litigation Paralegal**
**McCoy & McCoy, LLC**
**Attorneys at Law**
**17th Floor**
**20 Church Street**
**Hartford, CT 06103**
**Ph: 860-244-9100**
**F: 860-244-9200**



(GOOGLE MAP )
http://maps.google.com/maps?
f=q&hl=en&geocode=&q=20+Church+Street,+Hartford,+CT&sll=41.770672,-72.660828&sspn=0.063374,0.17784
1&ie=UTF8&ll=41.769215,-72.671514&spn=0.007922,0.02223&z=16&layer=c&cbll=41.768482,-72.673&panoid=
UERf1TFSEFUKVRBlnTBAvw

This communication may contain confidential and privileged information.  This communication is intended only
for the exclusive use of the individual or entity named above. If you are not the intended recipient, you are
hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited.

If you have received this communication in error, please notify McCoy & McCoy, LLC at (860) 244-9100 and
destroy all copies of this message and any attachments.