**EXHIBIT D**

UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH D'AGOSTIN | ) | |
| *Plaintiff* | ) | NO. 3:20-cv-01388-KAD |
| | ) | |
| v. | ) | |
| | ) | |
| FITNESS INTERNATIONAL, LLC. | ) | |
| D/B/A/ LA FITNESS | ) | |
| *Defendant* | ) | |

**DEFENDANT FITNESS INTERNATIONAL, LLC, D/B/A LA FITNESS'
OBJECTIONS TO PLAINTIFF'S REQUESTS FOR PRODUCTION**

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, the Defendant, Fitness International, LLC, d/b/a LA Fitness ("Fitness International") hereby submits its objections to the Plaintiff Joseph D'Agostin's Requests for Production served as of December 17, 2020 under Federal Rule of Civil Procedure 26(d)(2):

1. A copy of the policies or procedures identified in response to Interrogatory No. 4.

**OBJECTION:** Fitness International objects to this Request as overly broad and unduly burdensome and without limitation with respect to time insofar as it seeks "**any** written policies or procedures" that relate to the condition the Plaintiff alleges caused his injury, irrespective of whether such policies or procedures were in force in the premises at issue or at the time of the incident alleged in the Complaint.

2. A copy of the report identified in response to Interrogatory No. 6.

**OBJECTION:** Fitness International objects to this Request to the extent that it improperly seeks to require it to disclose information and materials protected by the attorney/client privilege or the work product doctrine.  The rules of discovery do not afford any party the right to discover another party's theory of the case, legal strategies or thought processes behind what he or she believes or intends to use to support his or her claims.

9. A copy of any written contract or agreement regarding the maintenance and inspection of the premises where the plaintiff claims to have been injured in effect at the time of the Plaintiff's injury between you and the person or entity identified in Interrogatory No. 3.

**OBJECTION:** Fitness International objects to this Request as vague and ambiguous as framed, particularly with respect to the phrase "maintenance and inspection of the premises where the plaintiff claims to have been injured." Fitness International accordingly further objects to this Request as overly broad and unduly burdensome insofar as it seeks the product of "**any** written

contract or agreement" concerning maintenance of the premises, irrespective of whether an agreement relates to the alleged cause of the Plaintiff's claimed injury.

Respectfully submitted,

Defendant,
FITNESS INTERNATIONAL, LLC, D/B/A
LA FITNESS
By its attorneys,

Kevin J. O'Leary, ct30271
Benjamin H. Levites, ct30481
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
koleary@coughlinbetke.com
blevites@coughlinbetke.com

## **CERTIFICATION**

I, Benjamin H. Levites, hereby certify that I have mailed a copy of this document to the following parties of record on January 15, 2021 via e-mail.

Frank J. McCoy, Jr.
McCoy & McCoy, LLC
20 Church St. 17th Floor
Hartford, CT 06103
Frank@mccoymccoy.com
Kate@mccoymccoy.com
Taylor@mccoymccoy.com

Benjamin H. Levites