**EXHIBIT E**

**From:** Frank McCoy Frank@mccoymccoy.com
**Subject:** RE: D'Agostin v. Fitness International, No. 3:20-CV-03188-KAD: Objections
**Date:** January 15, 2021 at 4:25 PM
**To:** Benjamin Levites blevites@coughlinbetke.com
**Cc:** Kate Salvaggio Kate@mccoymccoy.com, Taylor DePascale Taylor@mccoymccoy.com, Kevin O'Leary koleary@coughlinbetke.com



The reason for doing the standard requests is that they are unobjectionable in state court and everyone agrees they must be answered. I assumed that you would not be objecting to them.

I guess I will have to watch myself next time and be very specific.

Let me respond to your objections and maybe we can resolve them.

1. Only applies to policies and procedures in effect at the time of the incident
2. If you are claiming a privileged document, claim the privilege specifically, otherwise we are entitled to accident reports
3. Looking for the maintenance contract if there is one for the area of the fall.

Your claim that these are vague and ambiguous means that the Connecticut Rules committee including lawyers and judges who drafted these interrogatories drafted objectionable questions.

Let me know if we can resolve these issues. If not, I will file my memeo and argue this with the judge,

Frank

---

**From:** Benjamin Levites <blevites@coughlinbetke.com>
**Sent:** Friday, January 15, 2021 4:14 PM
**To:** Frank McCoy <Frank@mccoymccoy.com>
**Cc:** Kate Salvaggio <Kate@mccoymccoy.com>; Taylor DePascale <Taylor@mccoymccoy.com>; Kevin O'Leary <koleary@coughlinbetke.com>
**Subject:** Re: D'Agostin v. Fitness International, No. 3:20-CV-03188-KAD: Objections

Dear Frank,

Per the enclosed I had proposed the plaintiff's standard requests for production prior to removal as Early Rule 34 Requests, considered served as of the date of our Rule 26 conference under FRCP 26(d)(2).

I noted that I had raised this proposal during our Rule 26 conference, and accordingly understood by your agreement at that time that objections would be permitted under Rule 34(b).

As I noted previously, Fitness International's responses will follow.

Kind regards,
Ben

**BENJAMIN H. LEVITES**
ASSOCIATE
*Admitted in CT and NY
**212-653-0380**
blevites@coughlinbetke.com

## COUGHLIN▪BETKE LLP

Massachusetts | Connecticut | New Hampshire | New York | Rhode Island
**Main Office**
**175 Federal Street | Boston, MA 02110**
**T. (617) 988-8050 | F. (617) 988-8005**




Confidential Transmission
The information contained in this electronic mail is intended for the named recipients only.  It may contain privileged and confidential material.  Any other distribution, copying or disclosure is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone and delete the original transmission without making a copy.

On Jan 15, 2021, at 3:55 PM, Frank McCoy <Frank@mccoymccoy.com> wrote:

Benjamin,

I thought you had agreed to answer and produce the standard discovery which is not objectionable?

I am now reading your objection. Did we have a misunderstanding?

## Frank J. McCoy

**Attorney Frank J. McCoy**
**Board Certified Civil Trial Specialist**
**National Board of Trial Advocacy**
McCoy & McCoy, LLC
Attorneys at Law
17th Floor
20 Church Street
Hartford, CT 06103
<image003.jpg>

---

**From:** Benjamin Levites <blevites@coughlinbetke.com>
**Sent:** January 15, 2021 2:55 PM
**To:** Frank McCoy <Frank@mccoymccoy.com>; Kate Salvaggio

<Kate@mccoymccoy.com>; Taylor DePascale <Taylor@mccoymccoy.com>; Kevin O'Leary <koleary@coughlinbetke.com>
**Subject:** D'Agostin v. Fitness International, No. 3:20-CV-03188-KAD: Objections

Attorney McCoy:

Please see the enclosed objections to the plaintiff's requests for production served under FRCP 26(d)(2). Responses will follow. Have a good weekend.

Kind regards,

Ben

### BENJAMIN H. LEVITES
ASSOCIATE
*Admitted in CT and NY
**212-653-0380**
blevites@coughlinbetke.com

## COUGHLIN○BETKE LLP

Massachusetts | Connecticut | New Hampshire | New York | Rhode Island
**Main Office**
**175 Federal Street  |  Boston, MA 02110**
**T. (617) 988-8050  |  F. (617) 988-8005**

<image004.png>   <image005.png>

Confidential Transmission
The information contained in this electronic mail is intended for the named recipients only.  It may contain privileged and confidential material.  Any other distribution, copying or disclosure is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone and delete the original transmission without making a copy.