**EXHIBIT F**

# COUGHLIN BETKE LLP

**175 FEDERAL STREET**
**BOSTON, MASSACHUSETTS 02110**

TELEPHONE: 617-988-8050
FACSIMILE: 617-988-8005

*Please send all correspondence to our Boston office for scanning.*

| | |
|---|---|
| Benjamin H. Levites, Esq. | Number: (212) 653-0380 |
| Admitted in CT and NY | Email: blevites@coughlinbetke.com |

January 19, 2021

*Via email*
Frank J. McCoy
McCoy & McCoy, LLC
20 Church Street, 17th Fl.
Hartford, CT 06103
frank@mccoymccoy.com

Re:   <u>D'Agostin v. Fitness International</u>
*United States District Court for the District of Connecticut, docket no. 3:20-CV-03188-KAD*

Frank:

Further to the your correspondence dated January 15, 2021 and the corporate designee deposition notice served by the Plaintiff on the same date, we write you in a good faith attempt to resolve this discovery dispute pursuant to Federal Rule of Civil Procedure 37 and Local Rule of Civil Procedure 37.

Concerning your proposal as to Request for Production 1, notwithstanding, subject to, and without waiving its objections, Defendant Fitness International LLC d/b/a LA Fitness ("Fitness International") agrees to produce written policies or procedures, if any, that relate to the kind of conduct or condition the Plaintiff alleges caused the injury in effect at the time of the incident and at the premises at issue.

Concerning your proposal as to Request for Production 2, notwithstanding, subject to, and without waiving its objections, Fitness International agrees to produce the subject incident report. Fitness International will provide a privilege log for documents, if any, withheld on the basis of work product or attorney-client privilege.

| RHODE ISLAND | CONNECTICUT | NEW HAMPSHIRE | NEW YORK |
|---|---|---|---|
| 10 DORRANCE STREET | 100 PEARL STREET | 20 TRAFALGAR SQUARE | 1330 AVENUE OF THE AMERICAS |
| SUITE 700 | 14TH FLOOR | SUITE 435 | SUITE 23A |
| PROVIDENCE, RI 02903 | HARTFORD, CT 06103 | NASHUA, NH 03063 | NEW YORK, NY 10019 |
| TEL: 401-519-3637 | TEL: 860-249-7020 | TEL: 603-589-4025 | TEL: 212-653-0380 |

Concerning your proposal as to Request for Production 9, notwithstanding, subject to, and without waiving its objections, Fitness International agrees to produce maintenance contracts, if any, for the area of the Plaintiff's fall. We have previously inquired of our client concerning the same and will advise of their response on receipt.

Concerning your notice of deposition, are you available for a meet-and-confer with Attorney Chadbourne and me as to the scope of the notice and document requests this week? We are available at your convenience in the afternoon.

Thank you.

Sincerely,

Benjamin H. Levites

Cc: Atty. Chadbourne

**RHODE ISLAND**
10 DORRANCE STREET
SUITE 700
PROVIDENCE, RI 02903
TEL: 401-519-3637

**CONNECTICUT**
100 PEARL STREET
14TH FLOOR
HARTFORD, CT 06103
TEL: 860-249-7020

**NEW HAMPSHIRE**
20 TRAFALGAR SQUARE
SUITE 435
NASHUA, NH 03063
TEL: 603-589-4025

**NEW YORK**
1330 AVENUE OF THE AMERICAS
SUITE 23A
NEW YORK, NY 10019
TEL: 212-653-0380