# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH D'AGOSTIN,  ) <br>     *Plaintiff,*   ) <br>     ) <br> v.   ) <br>     ) <br> FITNESS INTERNATIONAL, LLC   ) <br> D/B/A L.A. FITNESS   ) <br>     *Defendant*   ) <br>     ) <br>     ) <br>     ) | Civil Action No. <br> 3:20-cv-01657-KAD <br><br><br><br> FEBRUARY 25, 2021 |

## **PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER**

**NOW COME,** Plaintiff, JOSEPH D'AGOSTIN, requests the court enter an Order amending the Scheduling Order (Docs. 11, Filed 12/17/2020) as follows:

"There shall be no limitation in number for either parties request for production."

    In the 26(f) Report, The Plaintiff did not realize that the word "production" was included in the 25-item limitation that governs the issuance of interrogatories. Counsel for the Plaintiff acknowledges that in his experience this limitation is not the usual, and because he wasn't looking for it, it was inadvertently missed in his review of the draft 26(f) Report that was sent by defense counsel. This limitation was not the Plaintiff's intention as there is no numeric production limitations in the FRCP.   This was a mistake.

    The Plaintiff has conferred with defense counsel on this motion and the defense does not consent to this amendment.

1

Respectfully submitted,

**This 25th day of February**

**2021** *Attorney for the Plaintiff*

*/s/ Frank J. McCoy, Jr.*

_____

FRANK J. MCCOY, JR.
MCCOY & MCCOY, LLC.
Federal Bar No. CT 08444
20 Church Street
Suite 1720
Hartford, CT 06103
860-244-9100 (Telephone)
860-244-9200 (Fax)
efile@mccoymccoy.com

CERTIFICATE OF SERVICE

      I hereby certify that on February 25, 2021 I sent via email attachment and the electronic filing system the foregoing document to the following individuals:

Coughlin Betke, LLP
Kevin J. O'Leary, Esq.
koleary@coughlinbetke.com
Emily Chadbourne, Esq.
echadbourne@coughlinbetke.com
Benjamin Levites, Esq.
blevites@coughlinbetke.com
175 Federal Street, Suite 1450
Boston, MA 02110
617-988-8045

      *Attorney for the Plaintiff*

      */s/ Frank J. McCoy, Jr.*

      FRANK J. MCCOY, JR.
      MCCOY & MCCOY, LLC.
      Federal Bar No. CT08444
      20 Church Street
      Suite 1720
      Hartford, CT 06103
      860-244-9100 (Telephone)
      860-244-9200 (Fax)
      efile@mccoymccoy.com