Civil- (Dec-2008)

HONORABLE: Sarah A. L. Merriam
DEPUTY CLERK: A. Caffrey
RPTR/ECRO/TAPE: FTR - CR 4
TOTAL TIME: ___ hours 33 minutes
DATE: 3/8/2021   START TIME: 3:00PM   END TIME: 3:33PM
LUNCH RECESS   FROM: ___ TO: ___
RECESS (if more than ½ hr)   FROM: ___ TO: ___

CIVIL NO. 3:20-cv-01657-KAD

Joseph D'Agostin                                    Frank J. McCoy, Jr.
                                                    Plaintiff's Counsel
            vs
Fitness International, LLC                          Benjamin Halloran Levites
                                                    Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing            [ ] Show Cause Hearing
[ ] Evidentiary Hearing       [ ] Judgment Debtor Exam
[✓] Miscellaneous Hearing  Discovery Conf.

[✓] #22  Motion to Amend/Correct Rule 26(f)    [✓] granted [ ] denied [ ] advisement
[✓] #16  Motion to Quash                        [ ] granted [ ] denied [ ] advisement
[ ] #___ Motion_____                          [ ] granted [ ] denied [ ] advisement
[ ] #___ Motion_____                          [ ] granted [ ] denied [ ] advisement
[ ] #___ Motion_____                          [ ] granted [ ] denied [ ] advisement
[ ] #___ Motion_____                          [ ] granted [ ] denied [ ] advisement
[ ] #___ Motion_____                          [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion_____                          [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion_____                          [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion_____                          [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion_____                          [ ] granted [ ] denied [ ] advisement

[ ] Briefs(s) due ___  Proposed Findings due ___  Response due ___
[ ] _____  [ ] filed [ ] docketed
[ ] _____  [ ] filed [ ] docketed
[ ] _____  [ ] filed [ ] docketed
[ ] _____  [ ] filed [ ] docketed
[ ] _____  [ ] filed [ ] docketed
[ ] _____  [ ] filed [ ] docketed
[ ] Hearing continued until ___ at ___

Notes: Telephonic Discovery Conference