**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH D'AGOSTIN | ) |
|      Plaintiff | ) |
| | ) |
| v. | ) |
| | )   NO. 3:20-cv-01388-KAD |
| | ) |
| FITNESS INTERNATIONAL LLC | ) |
| D/B/A L.A. FITNESS | ) |
|      Defendant | ) |
| | ) |

## AFFIDAVIT OF JON LEARY

I, Jon Leary, state that the following is true to the best of my information, knowledge, and belief:

1. I am the operations manager for the Bristol, Connecticut Fitness International.  I have been employed by Fitness International for many years.  I transferred from the Florida market to the Connecticut market in November of 2014.

2. At that time, the Connecticut market Fitness International clubs had Dri-Dek mats installed in the shower areas, in the walkways outside of the sauna and in pool areas.

3. On or about January of 2015, the Connecticut market operation managers were advised by District Manager Greg Varnum that the Connecticut health department had ordered Fitness International to remove all mats, including Dri-Dek mats, from all Connecticut market facilities.

4. I was advised that the Connecticut health officials ordered this removal of Dri-Dek mats due to mould and bacteria concerns.

5. Fitness International thereafter removed the mats from this area in early 2015 from shower areas, and the walkways outside of the sauna and in pool areas.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 31ST DAY

OF MARCH 2021.

_____

Jon Leary