# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH D'AGOSTIN, | ) | Civil Action No. |
| *Plaintiff,* | ) | 3:20-cv-01657-KAD |
| | ) | |
| v. | ) | TRIAL DATE: MAY 27, 2022 |
| | ) | |
| FITNESS INTERNATIONAL, LLC | ) | |
| D/B/A L.A. FITNESS | ) | |
| *Defendant* | ) | April 1, 2021 |
| | ) | |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

NOW COME Plaintiffs JOSEPH D'AGOSTIN, and Defendant FITNESS INTERNATIONAL, LLC D/B/A L.A. FITNESS, collectively the "Parties," by and through their respective undersigned counsel, and jointly request the Court enter an Order amending the Current Scheduling Order as follows (amendments in red):

1. Section **E. Discovery**

i. The parties will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on any issues on which they bear the burden of proof. Plaintiff will designate his experts by September 1, 2021. Defendant will designate their experts by November 1, 2021. Depositions of Plaintiffs experts will be completed by January 31, 2022. Depositions of Defendant's experts will be completed by January 31, 2022.

This amendment extends the prior dates from May 1, 2021, July 1, 2021 and October 30, 2021, respectively. This amendment will mirror section j. so as to not create any net time increase for discovery.

2. Section E. Discovery

e. If discovery will be conducted in phases, describe each phase and state the date by which it will be completed by: fact discovery by August 1, 2021, and

expert discovery by January 31, 2022. The parties request a status conference at the end of February 2021.

This amendment extends the prior date of June 17, 2021.

The parties agree and state that good cause exists to amend the schedule because of the following:

    a. The parties have been unable to schedule the defendant's 30b(6) deposition until June 14, 2021. This is due to the defendants assessment that it will take that much time to gather the necessary documentation and information to comply with the 30b(6) deposition requests.

    b. The plaintiff will need time to have his expert(s) review the 30b(6) materials, additional depositions that may be taken, inspect the location and draft a report for disclosure.

    c. The COVID-19 pandemic has caused and it is anticipated will cause difficulties in getting scheduling and travel.

2. This requested amendment will **NOT** affect the end date for Completion of all discovery which will remain January 31, 2022.

3. This requested amendment will **NOT** affect the Trial Date readiness date of May 27, 2022.

Respectfully submitted this 1st day of April, 2021

MCCOY & MCCOY, LLC
*Attorney for the Plaintiff*

BY: */s/ Frank J. McCoy, Jr.*
FRANK J. MCCOY, JR.
MCCOY & MCCOY, LLC.
Federal Bar No. CT 08444
20 Church Street
Suite 1720
Hartford, CT 06103
860-244-9100 (Telephone)
860-244-9200 (Fax)
efile@mccoymccoy.com

COUGHLIN BERKE, LLP
*Attorneys for the Defendant*

BY: */s/ Kevin J. O'Leary, Esq.*

Kevin J. O'Leary, Esq.
175 Federal Street, Suite 1450
Boston, MA 02110
617-988-8045
koleary@coughlinbetke.com

**BY:** ***/s/ Benjamin Levites, Esq.***
Benjamin Levites, Esq.
175 Federal Street, Suite 1450
Boston, MA 02110
617-988-8045
blevites@coughlinbetke.com

**BY: /s/ Emily Chadbourne, Esq.**
Emily Chadbourne, Esq.
175 Federal Street, Suite 1450
Boston, MA 02110
617-988-8045
echadbourne@coughlinbetke.com

CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2021 I filed with the Clerk of the Court using the CM\ECF system which will send notification of such filing to the following attorneys of record:

Coughlin Betke, LLP
Kevin J. O'Leary, Esq.
koleary@coughlinbetke.com
Emily Chadbourne, Esq.
echadbourne@coughlinbetke.com
Benjamin Levites, Esq.
blevites@coughlinbetke.com
175 Federal Street, Suite 1450
Boston, MA 02110
617-988-8045

McCoy & McCoy, Llc.
Frank J. McCoy, Jr., Esq.
efile@mccoymccoy.com
20 Church Street
Suite 1720
Hartford, CT 06103
860-244-9100

**BY**: */s/ Benjamin Levites*
BENJAMIN LEVITES