**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
CONNECTICUT**

| | | |
|---|---|---|
| JOSEPH D'AGOSTIN | ) | CIVIL ACTION NO. 3:20-CV-01657- |
| *Plaintiff(s),* | ) | KAD |
| V. | ) | |
| | ) | |
| FITNESS INTERNATIONAL LLC D/B/A L.A. | ) | |
| FITNESS | ) | |
| *Defendant(s)* | ) | |
| | ) | |
| | ) | May 27, 2022 |
| | ) | |
| | ) | |
| | ) | |

**CONSENT MOTION
TO EXTEND THE REOPENING DATE LIMIT**

The Plaintiff moves this Court Pursuant to its order on April 26, 2022 (CF No 67), and

upon good cause, to extend the date by which the parties may file a motion to reopen the Court

Administrative closure (FCP 41(b).

**Reason:**

The plaintiff only recently (May 16, 2022) was able to obtain the Medicare Notice of

Rights and Responsibilities letter. Medicare has 60 days to send a conditional payments letter.

(July 21, 2022). After that, we will send an edited form back with related and non-related

charges. Medicare will typically get the final letter back within 30 days of that. (August 21,

2022).

The release signed by the plaintiff requires a final Medicare letter before any money is

released to the plaintiff. This requirement in the release is not uniformly required by insurance

companies and defendant's but it is becoming more common.

The Plaintiff requests until August 21, 2022 for the time in which the plaintiff may file a

motion to reopen this case.

The Parties agree to file a stipulation of dismissal as soon as the Final Medicare Letter is received and the funds are released to the Plaintiff.

The Plaintiff and Defendant have discussed the terms of this motion and consent to it.

Respectfully submitted,
*Attorney for the Plaintiff*

BY: */s/ Frank J. McCoy*
Frank J. McCoy
McCoy & McCoy, LLC
FEDERAL BAR NO. 403418
20 Church Street
17th Floor
Hartford, CT  06103
Tel. No. (860) 244-9100
Fax No. 8602449200
efile@mccoymccoy.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2022 I sent via email attachment and the electronic filing system the foregoing document to the following individuals:

Attorney Charles F. Gfeller
Seiger Gfeller Laurie LLP
977 Farmington Avenue, Suite 200
West Hartford, CT  06107
cgfeller@gllawgroup.com
Attorney for: Fitness International LLC

Shrina B. Faldu
Seiger Gfeller Laurie LLP
977 Farmington Avenue
Suite 200
West Hartford, CT  06107
sfaldu@sgllawgroup.com

Attorney for: Fitness International LLC

Olivia C. Tawa
Gfeller Laurie LLP
977 Farmington Avenue
Suite 200
West Hartford, CT  06107
otawa@gllawgroup.com
Attorney for: Fitness International LLC

                                         */s/ Frank J. McCoy*
                                         Frank J. McCoy
                                         efile@mccoymccoy.com