UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH D'AGOSTIN | : | CIVIL ACTION NO.: |
| *Plaintiff*, | : | |
| | : | 3:20-cv-01657-OAW |
| v. | : | |
| | : | |
| FITNESS INTERNATIONAL LLC | : | |
| D/B/A LA FITNESS | : | |
| | : | |
| *Defendant.* | : | __MAY  25__, 2022 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, that the all claims in the above-captioned action are dismissed with prejudice, and without costs to any of the parties. All rights of appeal are hereby waived.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| JOSEPH D'AGOSTIN | FITNESS INTERNATIONAL LLC |
| | D/B/A LA FITNESS |

By /s/   ct08444                             By /s/
    Frank McCoy(ct08444)              Charles F. Gfeller (ct18119)
    McCoy & McCoy LLC                 Shrina B. Faldu (ct29581)
    20 Church Street                  Olivia C. Tawa (ct30572)
    17th Floor                        Gfeller Laurie LLP
    Hartford, CT 06103                West Hartford Center
    Tel. 860-244-9100                 977 Farmington Avenue, Suite 200
    Frank@McCoyMcCoy.com              West Hartford, CT 06107
                                      Tel. 860-760-8400
                                      Fax. 860-760-8401
                                      cgfeller@gllawgroup.com
                                      sfaldu@sgllawgroup.com
                                      otawa@sgllawgroup.com

**CERTIFICATION OF SERVICE**

I hereby certify that on this  25  day of   May  , 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

By /s/  ct08444

Frank McCoy(ct08444)
McCoy & McCoy LLC
20 Church Street
17th Floor
Hartford, CT 06103
Tel. 860-244-9100
Frank@McCoyMcCoy.com